## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joanna M. DeAngelis-Haughton aka<br>Joanna Marie DeAngelis-Haughton aka<br>Joanna Marie DeAngelis<br>Stephen A. Soltesz-Haughton aka<br>Stephen Alex Soltesz-Haughton aka<br>Stephen Haughton aka Stephen Soltesz<br>DebtorS | CHAPTER 13<br><br>BKY. NO. 16-24227 CMB |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Harley-Davidson Credit Corp, and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Fax: 215-627-7734
Attorney for Movant/Applicant