Form RSC13

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16−24227−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stephen A. Soltesz−Haughton | Joanna M. DeAngelis−Haughton |
| aka Stephen Alex Soltesz−Haughton, aka | aka Joanna Marie DeAngelis−Haughton, |
| Stephen Haughton, aka Stephen Soltesz | aka Joanna Marie DeAngelis |
| 120 Long Bridge Rd | 120 Long Bridge Rd |
| Ligonier, PA 15658 | Ligonier, PA 15658 |

Social Security No.:
  xxx−xx−0805                                    xxx−xx−9358

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Mark G. Moynihan | Ronda J. Winnecour |
| Moynihan Law, P.C. | Suite 3250, USX Tower |
| 112 Washington Pl Ste 1−N | 600 Grant Street |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| Telephone number: 412−889−8535 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| March 6, 2017 | March 6, 2017 |
| 11:00 AM | 11:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/2/17                                    BY THE COURT

                                                 Carlota M. Bohm
                                                 Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24227-CMB
Stephen A. Soltesz-Haughton                                             Chapter 13
Joanna M. DeAngelis-Haughton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2              Date Rcvd: Feb 02, 2017
                              Form ID: rsc13          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
```
db/jdb         +Stephen A. Soltesz-Haughton,    Joanna M. DeAngelis-Haughton,   120 Long Bridge Rd,
                 Ligonier, PA 15658-3522
cr              Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
14335808        AWA Collections,   PO Box 6605,   Orange, CA 92863-6605
14335810       +CBCS Inc,   1225 N Main St,   North Canton, OH 44720-1959
14335812      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,    250 Mt Lebanon Blvd Ste 420,
                 West Mifflin, PA 15122)
14321316       +Capital One,   P.O. Box 30253,   Salt Lake City, UT 84130-0253
14321315        Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14321317       +Capital One Bank,   PO Box 3115,   Milwaukee, WI 53201-3115
14321318       +Capital One Bank (USA), N.A.,    4851 Cox Road,   Glen Allen, VA 23060-6293
14332081        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14321319       +Capital One Bank USA NA,   PO Box 30281,   Salt Lake City, UT 84130-0281
14335811       +Citizens Bank,   1 Citizens Dr,   Riverside, RI 02915-3000
14335814        Deborah Corna,   1554 Darlington Rd,   Ligonier, PA 15658-3521
14335815      ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    5050 Kingsley Dr, MD# 1MOC2N,
                 Cincinnati, OH 45263)
14340737       +Fifth Third Bank,   PO Box 9013,   Addison, Texas 75001-9013
14337317       +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
14325622       +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14321321       +Smith Propane & Oil,   138 Pandora Road,   Loyalhanna, PA 15661-9701
14335835       +Southern Credit Adjusters Inc.,    2420 Professional Dr #A,   Rocky Mount, NC 27804-2253
14335836       +Stellar Recovery,   PO Box 57370,   Jacksonville, FL 32241-7370
14321322       +Wells Fargo,   CSCL Dispute Team,   MAC N8235-04M,    PO Box 1,   Des Moines, IA 50306-0001
14351814        Wells Fargo Bank, N.A.,   Default Document Processing,    Mac# N9286-01Y,
                 1000 Blue Gentian Road,   Eagan, MN 55121-7700
14321323       +Wells Fargo Financial National Bank,    MAC# N8235-040,   7000 Vista Drive,
                 West Des Moines, IA 50266-9310
14335906       +Wells Fargo Financial National Bank,    MAC 4031-080,   800 Walnut St,
                 Des Moines, IA 50309-3605
14335924        Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335
14321324       +Wells Fargo National Bank,   800 Walnut St,   Des Moines, IA 50309-3891
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2017 01:39:15      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14335809       +E-mail/Text: banko@berkscredit.com Feb 03 2017 01:39:01      Berks Credit & Collections,
                 900 Corporate Dr,   Reading, PA 19605-3340
14321314       +E-mail/Text: kburkley@bernsteinlaw.com Feb 03 2017 01:39:37      Bernstein-Burkley, P.C.,
                 Suite 2200 Gulf Tower,   707 Grant Street,   Pittsburgh, PA 15219-1908
14335813       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Feb 03 2017 01:39:31
                 Credit Management Company,   2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14321320       +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 03 2017 01:39:35      Harley-Davidson Credit Corp.,
                 3850 Arrowhead Drive,   Carson City, NV 89706-2016
14335816       +E-mail/Text: bankruptcy@icsystem.com Feb 03 2017 01:39:33      I.C. Systems, Inc.,
                 PO Box 64378,   Saint Paul, MN 55164-0378
14334707        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2017 01:39:15
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Wells Fargo Bank, NA
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dkam                Page 2 of 2            Date Rcvd: Feb 02, 2017
                              Form ID: rsc13            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeremy J. Kobeski   on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Mark G. Moynihan    on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Mark G. Moynihan    on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```