IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>       Debtor(s) | Bankruptcy No. 16-24227-CMB<br><br>Chapter 13<br><br>Doc. 33 |
| Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>       Movants<br><br>       v.<br><br>Wells Fargo Bank, NA<br>and Ronda J. Winnecour<br>       Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
<u>MOTION FOR LOSS MITIGATION</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 27, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Rule 9020-2(d), objections to the Motion were to be filed and served no later than February 10, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                  Respectfully submitted,

Dated: February 13, 2017                /s/ Mark G. Moynihan
                                                  Mark G. Moynihan, Esquire
                                                    Attorney for Debtor(s)
                                                    PA 307622
                                                    112 Washington Place, Suite 1-N
                                                    Pittsburgh, PA 15219
                                                    Phone: (412) 889-8535
                                                    Fax: (800) 997-8192
                                                    Email: mark@moynihanlaw.net