IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>　　　Debtor(s)<br><br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>　　　Movants<br><br>　　　　v.<br><br>Wells Fargo Bank, NA<br>and Ronda J. Winnecour<br>　　　Respondent(s) | Bankruptcy No.  16-24227-CMB<br><br>Chapter 13<br><br>Doc. 38 |

**CERTIFICATE OF SERVICE OF
LOSS MITIGATION ORDER**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 15, 2017, I served a copy of the above-captioned pleadings on the Respondent, by USPS first class mail postage prepaid, at:

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank, N.A.
MAC N9286-01Y
Eagan, MN 55121-770

Jeremy J. Kobeski, Esq.
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

and on the following parties by CM/ECF System Notice of Electronic Filing, at:

Joseph A. Dessoye on behalf of Creditor Wells Fargo Bank, NA
pawb@fedphe.com

Jeremy J. Kobeski on behalf of Creditor Wells Fargo Bank, NA
pawb@fedphe.com

Mark G. Moynihan on behalf of Debtor Stephen A. Soltesz-Haughton
mark@moynihanlaw.net, moynihan.mark@gmail.com

Mark G. Moynihan on behalf of Joint Debtor Joanna M. DeAngelis-Haughton
mark@moynihanlaw.net, moynihan.mark@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Harley-Davidson Credit Corp
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

                                        Respectfully submitted,

Dated: February 15, 2017                  /s/ Mark G. Moynihan
                                                Mark G. Moynihan, Esquire
                                                Attorney for Debtor(s)
                                                PA 307622
                                                112 Washington Place, Suite 1-N
                                                Pittsburgh, PA 15219
                                                Phone: (412) 889-8535
                                                Fax: (800) 997-8192
                                                Email: mark@moynihanlaw.net