IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>      Debtor(s) | Bankruptcy No. 16-24227-CMB<br><br>Chapter 13 |
| Stephen A. Soltesz-Haughton<br><br>      Movants<br><br>v.<br><br>Surefire Wireline LLC, and<br>Ronda J. Winnecour<br>      Respondent(s) | Related to Doc No. 42 |

**CERTIFICATE OF SERVICE OF
ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

      I, Mark G. Moynihan, Attorney for Debtor, certify that on February 21, 2017 I served a copy of the Court's February 21, 2017 wage attachment Order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Surefire Wireline LLC, 233 North Park Dr, Kittanning, PA 16201.

      Method of service: USPS first class mail, postage prepaid

      Total number of parties served: 1

      Date executed: February 21, 2017

      Respectfully submitted,

      /s/ Mark G. Moynihan
      Mark G. Moynihan, Esquire
      Attorney for Debtor(s)
      PA 307622
      112 Washington Place, Suite 1-N
      Pittsburgh, PA 15219
      Phone: (412) 889-8535
      Fax: (800) 997-8192
      Email: mark@moynihanlaw.net