IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Stephen A. Soltesz-Haughton
Joanna M. DeAngelis-Haughton
    Debtor(s)

Stephen A. Soltesz-Haughton
Joanna M. DeAngelis-Haughton
    Movants

      v.

Wells Fargo Bank, NA
and Ronda J. Winnecour
        Respondent(s)

Bankruptcy No. 16-24227-CMB

Chapter 13
Related to:
Doc. 43

## **ORDER**

AND NOW, this ___24th___ day of _____February_____, 20_17___, upon

consideration of the Debtors' **MOTION FOR EXTENSION OF TIME TO UPLOAD CORE**

**LMP PACKAGE**, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtors are

hereby granted an extension until ___March 6, 2017_____ to upload a

completed Core LMP Package through the Portal.

BY THE COURT:

_Carlota M. Böhm_

FILED
2/24/17 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-24227-CMB
Stephen A. Soltesz-Haughton                                               Chapter 13
Joanna M. DeAngelis-Haughton
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe            Page 1 of 1          Date Rcvd: Feb 24, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
db/jdb            +Stephen A. Soltesz-Haughton,    Joanna M. DeAngelis-Haughton,    120 Long Bridge Rd,
                   Ligonier, PA 15658-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    Harley-Davidison Credit Corp bkgroup@kmllawgroup.com
          Jeremy J. Kobeski   on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
          Joseph A. Dessoye   on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
          Mark G. Moynihan    on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net,
          moynihan.mark@gmail.com
          Mark G. Moynihan    on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net,
          moynihan.mark@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                               TOTAL: 7