IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>      Debtor(s) | Bankruptcy No.  16-24227-CMB<br><br>Chapter 13<br><br>Doc. |

Stephen A. Soltesz-Haughton
Joanna M. DeAngelis-Haughton
      Movants
      v.
AWA Collections
Berks Credit & Collections
Bernstein-Burkley, P.C.
Capital One Bank
Capital One Bank (USA), N.A.
CBCS Inc
Citizens Bank
COLLECTION SERVICE CENTER INC
Credit Management Company
Deborah Corna
Employment Rights Group
Fifth Third Bank
Harley-Davidison Credit Corp
I.C. Systems, Inc.
Office of the United States Trustee
Pennsylvania Department of Revenue
PRA Receivables Management, LLC
Smith Propane & Oil
Southern Credit Adjusters Inc.
Stellar Recovery
U.S. Bankruptcy Court
Wells Fargo Bank, N.A.
Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
Wells Fargo Financial National Bank
Williams & Connolly LLP
and Ronda J. Winnecour
      Respondent(s)

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Mark G. Moynihan, Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Employment Rights Group
100 First Avenue, Suite 650
Pittsburgh, PA 15222

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

                                                Respectfully submitted,

Dated: March 17, 2017                    /s/ Mark G. Moynihan
                                                Mark G. Moynihan, Esquire
                                                Attorney for Debtor(s)
                                                PA 307622
                                                112 Washington Place, Suite 1-N
                                                Pittsburgh, PA 15219
                                                Phone:  (412) 889-8535
                                                Fax:  (800) 997-8192
                                                Email: mark@moynihanlaw.net