IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>　　　Debtor(s)<br><br>Stephen A. Soltesz-Haughton<br><br>　　Movants<br><br>　　v.<br><br>W.G. Tomko, Inc. and Ronda J. Winnecour<br>　　　　Respondent(s) | Bankruptcy No.  16-24227-CMB<br><br>Chapter 13<br><br>Related to Doc No. 60 |

**CERTIFICATE OF SERVICE OF
ORDER TERMINATING WAGE ATTACHMENT**

　　I, Mark G. Moynihan, Attorney for Debtor, certify that on April 20, 2017 I served a copy of the Court's April 20, 2017 Order terminating wage attachment Order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at W.G. Tomko, Inc., 2558 Route 88, Finleyville, PA 15332.

　　Method of service: USPS first class mail, postage prepaid

　　Total number of parties served: 1

　　Date executed: April 20, 2017

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark G. Moynihan
　　　　　　　　　　　　　　　　　　　　　　　Mark G. Moynihan, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　PA 307622
　　　　　　　　　　　　　　　　　　　　　　　112 Washington Place, Suite 1-N
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　　Phone:  (412) 889-8535
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (800) 997-8192
　　　　　　　　　　　　　　　　　　　　　　　Email: mark@moynihanlaw.net