IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Debtor(s) | Bankruptcy No.  16-24227-CMB<br><br>Chapter 13 |
| Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Movant(s) | Document No. 65 |
| vs. | |
| Ronda J. Winnecour<br>    Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION OF THE DEBTORS PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE
BANKRUPTCY CODE FOR AUTHORIZATION TO EMPLOY WILLIAMS & CONNOLLY LLP
AND THE EMPLOYMENT RIGHTS GROUP AS SPECIAL
LITIGATION COUNSEL *NUNC PRO TUNC* FOR THE DEBTORS**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on May 5, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than May 22, 2017.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

                              Respectfully submitted,

Date: <u>May 23, 2017</u>                           <u>/s/ Mark G. Moynihan</u>
                                                   Mark G. Moynihan, Esquire
                                                   Attorney for Debtor(s)
                                                   PA 307622
                                                   112 Washington Place, Suite 1-N
                                                   Pittsburgh, PA 15219
                                                   Phone:  (412) 889-8535
                                                   Fax:  (800) 997-8192
                                                   Email: mark@moynihanlaw.net