IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-24227-CMB |
| Stephen A. Soltesz-Haughton | |
| Joanna M. DeAngelis-Haughton | Chapter 13 |
|     Debtor(s) | |
| | Document No. 69 |
| Stephen A. Soltesz-Haughton | |
| Joanna M. DeAngelis-Haughton | |
|     Movant(s) | |
| | |
|     vs. | |
| | |
| Ronda J. Winnecour | |
|     Respondent(s) | |

**CERTIFICATE OF SERVICE OF
ORDER EMPLOYING SPECIAL COUNSEL**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 25, 2017.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| EXECUTED ON: <u>May 25, 2017</u> | /s/ Mark G. Moynihan |
| | Mark G. Moynihan, Esquire |
| | Attorney for Debtor(s) |
| | PA 307622 |
| | 112 Washington Place, Suite 1-N |
| | Pittsburgh, PA 15219 |
| | Phone: (412) 889-8535 |
| | Fax: (800) 997-8192 |
| | Email: mark@moynihanlaw.net |

**Service by NEF**

Joseph A. Dessoye on behalf of Creditor Wells Fargo Bank, NA
pawb@fedphe.com

Jeremy J. Kobeski on behalf of Creditor Wells Fargo Bank, NA
pawb@fedphe.com

Mark G. Moynihan on behalf of Debtor Stephen A. Soltesz-Haughton
mark@moynihanlaw.net, moynihan.mark@gmail.com

Mark G. Moynihan on behalf of Joint Debtor Joanna M. DeAngelis-Haughton
mark@moynihanlaw.net, moynihan.mark@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Harley-Davidson Credit Corp
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Wells Fargo Bank, N.A./Wells Fargo Home Mort<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
|---|---|---|
| AWA Collections<br>PO Box 6605<br>Orange, CA 92863-6605 | Berks Credit & Collections<br>900 Corporate Dr<br>Reading, PA 19605-3340 | Bernstein-Burkley, P.C.<br>Suite 2200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| CBCS Inc<br>1225 N Main St<br>North Canton, OH 44720-1959 | Capital One<br>P.O. Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | Capital One Bank (USA), N.A.<br>4851 Cox Road<br>Glen Allen, VA 23060-6293 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |

| | | |
|---|---|---|
| Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Citizens Bank<br>1 Citizens Dr<br>Riverside, RI 02915-3000 | COLLECTION SERVICE CENTER INC<br>363 VANADIUM ROAD<br>STE 109<br>PITTSBURGH PA 15243-1477 |
| Credit Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 | Deborah Corna<br>1554 Darlington Rd<br>Ligonier, PA 15658-3521 | Employment Rights Group<br>100 First Avenue, Suite 650<br>Pittsburgh, PA 15222-1514 |
| FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 | Harley-Davidson Credit Corp.<br>3850 Arrowhead Drive<br>Carson City, NV 89706-2016 |
| Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 | I.C. Systems, Inc.<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | John R. Kardos, Jr., Esquire<br>710 Fifth Avenue, Suite 2400<br>Pittsburgh, PA 15219-3000 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg PA 17128-0946 | Smith Propane & Oil<br>138 Pandora Road<br>Loyalhanna, PA 15661-9701 |
| Southern Credit Adjusters Inc.<br>2420 Professional Dr #A<br>Rocky Mount, NC 27804-2253 | Stellar Recovery<br>PO Box 57370<br>Jacksonville, FL 32241-7370 | Wells Fargo<br>CSCL Dispute Team<br>MAC N8235-04M<br>PO Box 1<br>Des Moines, IA 50306-0001 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>Mac# N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Financial National Bank<br>MAC 4031-080<br>800 Walnut St<br>Des Moines, IA 50309-3605 |
| Wells Fargo Financial National Bank<br>MAC# N8235-040<br>7000 Vista Drive<br>West Des Moines, IA 50266-9310 | Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo National Bank<br>800 Walnut St<br>Des Moines, IA 50309-3891 |
| Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005-5901 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>120 Long Bridge Rd<br>Ligonier, PA 15658-3522 |