IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
Stephen A. Soltesz-Haughton  
Joanna M. DeAngelis-Haughton  
    Debtor(s)

Bankruptcy No. 16-24227-CMB

Chapter 13  
Related to:  
Document No. 65

Stephen A. Soltesz-Haughton  
Joanna M. DeAngelis-Haughton  
    Movant(s)

**ENTERED BY DEFAULT**

vs.

Ronda J. Winnecour  
    Respondent(s)

*default*

### ORDER EMPLOYING SPECIAL COUNSEL

AND NOW, this __25th__ day of ____May____, 2017, upon consideration of the Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for Authorization to Employ Williams & Connolly LLP and The Employment Rights Group as Special Litigation Counsel *Nunc Pro Tunc* for the Debtors, it is **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The Debtors' application to employ and retain Williams & Connolly LLP and The Employment Rights Group as special litigation counsel in *Mozingo, et al. v. Oil States Energy Services, LLC*, Civil Action No. 2:15-529-MAK (W.D. Pa.), is hereby approved.

2. The following attorneys and law firms are hereby appointed as Special Counsel for the Estate/Debtors as of November 13, 2016:

    Zachary K. Warren, Esq.        Joseph H. Chivers, Esq.  
    Janine M. Pierson, Esq.         THE EMPLOYMENT RIGHTS GROUP  
    WILLIAMS & CONNOLLY LLP    100 First Avenue, Suite 650  
    725 Twelfth Street, N.W.        Pittsburgh, PA 15222  
    Washington, DC 20005         Tel.: (412) 227-0763  
    Tel.: (202) 434-5000

3. Special Counsel are appointed pursuant to the terms (including compensation terms) described in the Affidavit of Zachary K. Warren in Support of Application to Employ and Retain Williams & Connolly LLP as Special Litigation Counsel to the Debtors and the Affidavit of Joseph H. Chivers in Support of Application to Employ and Retain The Employment Rights Group as Special Litigation Counsel to the Debtors.

4. Special Counsel are appointed for the limited purpose of acting as attorneys in connection with the interest of the Estate/Debtors in prosecuting a claim for unpaid overtime compensation against Oil States Energy Services, LLC, arising out of the Debtor Stephen A. Soltesz-Haughton's prior employment with Oil States Energy Services, LLC, as referenced in the Amendment to Schedule B, Schedule G, and Statement of Financial Affairs (ECF No. 53), **provided however** that no settlement of any claim is to occur without prior Court Order after notice and hearing.

5. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

6. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the abovementioned factors in granting approval by Court Order.

7. Debtors shall serve this Order on all interested parties and file a certificate of service.

BY THE COURT:

**Carlota M. Bohm**
United States Bankruptcy Judge

FILED
5/25/17 4:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24227-CMB
Stephen A. Soltesz-Haughton                                             Chapter 13
Joanna M. DeAngelis-Haughton
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: May 25, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db/jdb        +Stephen A. Soltesz-Haughton,   Joanna M. DeAngelis-Haughton,   120 Long Bridge Rd,
               Ligonier, PA 15658-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Mark G. Moynihan    on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Mark G. Moynihan    on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7