IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Debtor(s) | Bankruptcy No. 16-24227-CMB<br><br>Chapter 13<br><br>Related to Document No. 77 |
| Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Movants<br><br>    v.<br><br>Wells Fargo Bank, NA<br>and Ronda J. Winnecour<br>    Respondent(s) | |

**CERTIFICATE OF SERVICE OF
INTERIM MORTGAGE MODIFICATION ORDER**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 11, 2017, I served a copy of the above-captioned pleadings on the Chapter 13 Trustee by email at LMP@chapter13trusteewdpa.com.

                                                      Respectfully submitted,

Dated: July 11, 2017                                /s/ Mark G. Moynihan
                                                      Mark G. Moynihan, Esquire
                                                      Attorney for Debtor(s)
                                                      PA 307622
                                                      112 Washington Place, Suite 230
                                                      Pittsburgh, PA 15219
                                                      Phone: (412) 889-8535
                                                      Fax: (800) 997-8192
                                                      Email: mark@moynihanlaw.net