IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Debtor(s)<br><br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Movants<br><br>        v.<br><br>Wells Fargo Bank, NA<br>and Ronda J. Winnecour<br>    Respondent(s) | Bankruptcy No.  16-24227-CMB<br><br>Chapter 13<br><br>Related to Document No. 86 |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION TO EXTEND THE LOSS MITIGATION PERIOD

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 15, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Court's Rules, objections to the Motion were to be filed and served no later than September 25, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                                Respectfully submitted,

Dated: September 28, 2017                    /s/ Mark G. Moynihan
                                                              Mark G. Moynihan, Esquire
                                                              Attorney for Debtor(s)
                                                              PA 307622
                                                              112 Washington Place, Suite 230
                                                              Pittsburgh, PA 15219
                                                              Phone:  (412) 889-8535
                                                              Fax:  (800) 997-8192
                                                              Email: mark@moynihanlaw.net