**PROCEEDING MEMO**

**Date: 09/27/2017 11:00 am**

**In re: Stephen A. Soltesz-Haughton and Joanna M. DeAngelis-Haughton**

**Bankruptcy No. 16-24227-CMB**
**Chapter: 13**
**Doc. # 82**

**Appearances:**

**Movant(s):**    **Mark G. Moynihan**   for Debtors

**Respondent(s):**    **Winnecour / ~~Bedford / Pail / Katz~~**

**Creditor(s):**

**Nature of Proceeding:**    **Debtors' Objection to Proof of Claim of Wells Fargo**
**Financial National Bank filed at claim number 6.**

**Additional Pleadings:**   **#83 Certificate of Service; #85 CNO**

**Judge's Notes:**

**Outcome:**    Wells Fargo was served at P.O. Box - not proper service.

Stricken without prejudice.  Counsel directed to re-file.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:      Movant(s) brief due____days
                Respondent(s) brief due____days
                Trustee's brief due____days

**Carlota M. Böhm**
**U.S. Bankruptcy Court**

FILED
9/28/17 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA