# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** STEPHEN A. SOLTESZ-HAUGHTON & JOANNA M. DEANGELIS-HAUGHTON
**Case Number:** 16-24227-CMB            **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 28, 2017  11:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
9/29/17 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#16 - Final Confirmation of Plan Dated  12/12/2016 (NFC)
R / M #:  16 / 0

### *Appearances:*

Debtor: *Moynihan*
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  2-8-18  at  9:30  .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2017   10:48:05 AM