IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                  Bankruptcy No.  16-24227-CMB
Stephen A. Soltesz-Haughton
Joanna M. DeAngelis-Haughton                            Chapter 13
        Debtor(s)
                                                        Related to Document No.  86

Stephen A. Soltesz-Haughton
Joanna M. DeAngelis-Haughton
        Movants

        v.

Wells Fargo Bank, NA
and Ronda J. Winnecour
        Respondent(s)

## ORDER

A *Loss Mitigation Order* dated <u>February 14, 2017</u>, was entered in the above matter at

Document No. <u>38</u>.  An *Interim Mortgage Modification Order* dated <u>July 10, 2017</u> was entered in

the above matter at Document No. <u>77</u>.

On <u>September 15, 2017</u>, a ***Motion to Extend the Loss Mitigation Period*** was filed by

<u>Debtor</u> at Document No. ____86____.

*AND NOW*, this__2nd__day of_____October_____, 20_17_, it is hereby ***ORDERED,***

***ADJUDGED AND DECREED*** that the loss mitigation period is ***extended up to and including***

<u>November 15</u>*20*_17_ .

_____
United States Bankruptcy Judge                    **kmt**

FILED
10/2/17 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 16-24227-CMB
Stephen A. Soltesz-Haughton                                                         Chapter 13
Joanna M. DeAngelis-Haughton
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: Oct 02, 2017
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db/jdb         +Stephen A. Soltesz-Haughton,   Joanna M. DeAngelis-Haughton,   120 Long Bridge Rd,
                Ligonier, PA 15658-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Jeremy J. Kobeski    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
          Joseph A. Dessoye    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
          Mark G. Moynihan    on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net,
           moynihan.mark@gmail.com
          Mark G. Moynihan    on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net,
           moynihan.mark@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 7