IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Debtor(s) | Bankruptcy No.  16-24227-CMB<br><br>Chapter 13<br><br>Related to Document No.: 94 |
| Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Movant(s)<br><br>v.<br><br>Wells Fargo Financial National Bank<br>Ronda J. Winnecour<br>    Respondent(s) | Related to Claim: 6<br><br>Hearing Date & Time:<br>November 29, 2017 at 11:00 AM |

**CERTIFICATION OF NO OBJECTION REGARDING
OBJECTION TO PROOF OF CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on October 6, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, objections to the Objection were to be filed and served no later than October 23, 2017.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: October 26, 2017 | /s/ Mark G. Moynihan<br>Mark G. Moynihan, Esquire<br>Attorney for Debtor(s)<br>PA 307622<br>112 Washington Place, Suite 230<br>Pittsburgh, PA 15219<br>Phone:  (412) 889-8535<br>Fax:  (800) 997-8192<br>Email: mark@moynihanlaw.net |