# PROCEEDING MEMO

**Date: 11/29/2017 11:00 am**

**In re: Stephen A. Soltesz-Haughton and Joanna M. DeAngelis-Haughton**

Bankruptcy No. 16-24227-CMB
Chapter: 13
Doc. # 94

**Appearances:**

**Movant(s):**    Mark G. Moynihan  for Debtors

**Respondent(s):**    Winnecour / Bedford / Pail / Katz ; ~~Jeremy J. Kobeski~~

**Creditor(s):**

**Nature of Proceeding:**    Objection to Proof of Claim of Wells Fargo Financial National Bank

**Additional Pleadings:  #95 Certificate of Service; #96 CNO**
**NOTE:  Hearing on Application for Approval of Loan Modification scheduled for 12/20/17 at 10 AM**

**Judge's Notes:**  Per Debtor's counsel, CNO filed.  The Court is not ready to issue sanctions, but will disallow their claim.

**Outcome:**                    Modified order to be entered.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
                Respondent(s) brief due____days
                Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
11/30/17 5:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA