# PROCEEDING MEMO

**Date:** 11/29/2017 11:00 am

**In re:** Stephen A. Soltesz-Haughton and Joanna M. DeAngelis-Haughton

                                         Bankruptcy No. 16-24227-CMB
                                         Chapter: 13
                                         Doc. # 80

**Appearances:**

**Movant(s):**   Mark G. Moynihan  for Debtors

**Respondent(s):**   James C. Warmbrodt for Harley Davidson; Winnecour / Bedford / Pail / Katz

**Creditor(s):**

**Nature of Proceeding:**   Continued Hearing on Debtors' Objection to Proof of Claim of Harley-Davidson Credit Corp.

**Additional Pleadings:**   #81 Certificate of Service; #84 Response by Harley-Davidson Credit Corp.

**Judge's Notes:**   Per Debtor's counsel, requesting another continuance of 30 days.
                 Cont'd to Jan. 17, 2018 at 11:00 a.m.    If resolved, parties to file consent order.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:   Movant(s) brief due____days
                         Respondent(s) brief due____days
                         Trustee's brief due____days

                                                         Carlota M. Böhm
                                                           U.S. Bankruptcy Court

                                                           FILED
                                                           11/30/17 5:03 pm
                                                           CLERK
                                                           U.S. BANKRUPTCY
                                                           COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stephen A. Soltesz-Haughton  
Joanna M. DeAngelis-Haughton  
    Debtors

Case No. 16-24227-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Nov 30, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.  
db/jdb     +Stephen A. Soltesz-Haughton,    Joanna M. DeAngelis-Haughton,    120 Long Bridge Rd,    Ligonier, PA 15658-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:  
         James Warmbrodt     on behalf of Creditor     Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
         Jeremy J. Kobeski     on behalf of Creditor     Wells Fargo Bank, NA pawb@fedphe.com  
         Joseph A. Dessoye     on behalf of Creditor     Wells Fargo Bank, NA pawb@fedphe.com  
         Mark G. Moynihan     on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net, moynihan.mark@gmail.com  
         Mark G. Moynihan     on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net, moynihan.mark@gmail.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                          TOTAL: 7