IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Debtor(s) | Bankruptcy No. 16-24227-CMB<br><br>Chapter 13<br><br>Related to Document No. 94<br>Document No.: |
| Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Movant(s)<br><br>v.<br><br>Wells Fargo Financial National Bank<br>Ronda J. Winnecour<br>    Respondent(s) | Related to Claim: 6 |

## ORDER OF COURT

AND NOW, this __29th__, day of __November__, 20__17__, upon consideration of the Objection to Proof of Claim and the proceedings thereon, it is hereby ORDERED, ADJUDGED and DECREED:

1. The claim filed by Wells Fargo Financial National Bank, being Claim 6, is DISALLOWED.

2. ~~Wells Fargo Financial National Bank and its attorney shall be subject to sanctions for filing a proof of claim that does not comply with Federal Rule of Bankruptcy Procedure 3001 and which fails to include:~~

    a. ~~A copy of the writing that the claim is based upon; and~~

    b. ~~Evidence that the security interest has been perfected.~~

BY THE COURT

_/s/ Carlota M. Böhm_
United States Bankruptcy Judge

FILED
11/30/17 5:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24227-CMB
Stephen A. Soltesz-Haughton                                           Chapter 13
Joanna M. DeAngelis-Haughton
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: kthe              Page 1 of 1              Date Rcvd: Nov 30, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db/jdb         +Stephen A. Soltesz-Haughton,   Joanna M. DeAngelis-Haughton,   120 Long Bridge Rd,
                 Ligonier, PA 15658-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Mark G. Moynihan    on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Mark G. Moynihan    on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7