IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Debtor(s) | Bankruptcy No.  16-24227-CMB<br><br>Chapter 13<br><br>Doc No. 97 |
| Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Movants<br><br>        v.<br><br>Wells Fargo Bank, NA<br>and Ronda J. Winnecour<br>    Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE LOAN MODIFICATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **November 15, 2017** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **December 2, 2017**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

| | |
|---|---|
| Dated: December 6, 2017 | /s/ Mark G. Moynihan<br>Mark G. Moynihan, Esquire<br>Attorney for Debtor(s)<br>PA 307622<br>112 Washington Place, Suite 230<br>Pittsburgh, PA 15219<br>Phone:  (412) 889-8535<br>Fax:  (800) 997-8192<br>Email: mark@moynihanlaw.net |