IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Debtor(s) | Bankruptcy No. 16-24227-CMB<br><br>Chapter 13<br>Related to:<br>Doc No.  97 |
| Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Movants<br><br>v.<br><br>Wells Fargo Bank, NA<br>and Ronda J. Winnecour<br>    Respondent(s) | **ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this __11th__ day of __December__, 20 __17__, upon consideration of the Debtors' Motion to Approve Loan Modification it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Wells Fargo Bank, NA ("Creditor") and the Debtors are hereby authorized to enter into the loan modification proposed by Creditor that was attached to the Motion as Exhibit A.

2. During the pendency of the instant bankruptcy case, Creditor shall be paid through the Debtors' plan in accordance with the regular practices and procedures of the Office of the Chapter 13 Trustee as indicated per the modified terms herein.

3. If the loan modification results in a material change in the debtors' expenses, the debtors shall file an amendment to the impacted schedules reflecting income and incomes (Schedules I and J) within fourteen (14) days of the entry of this order.

4. Within fourteen (14) days of the entry of this order an amended plan must be filed.

BY THE COURT:

_Carlota M. Böhm_
kmt

FILED
12/11/17 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stephen A. Soltesz-Haughton  
Joanna M. DeAngelis-Haughton  
    Debtors

Case No. 16-24227-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Dec 11, 2017  
                             Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.  
db/jdb     +Stephen A. Soltesz-Haughton,    Joanna M. DeAngelis-Haughton,    120 Long Bridge Rd,    Ligonier, PA 15658-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:  
       James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
       Jeremy J. Kobeski     on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com  
       Joseph A. Dessoye     on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com  
       Mark G. Moynihan     on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net, moynihan.mark@gmail.com  
       Mark G. Moynihan     on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net, moynihan.mark@gmail.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                             TOTAL: 7