## PROCEEDING MEMO

**Date:** 01/17/2018 11:00 am

**In re:** Stephen A. Soltesz-Haughton and Joanna M. DeAngelis-Haughton

Bankruptcy No. 16-24227-CMB
Chapter: 13
Doc. # 80

**Appearances:**

**Movant(s):**   Mark G. Moynihan for Debtors

**Respondent(s):**   James C. Warmbrodt; ~~Winnecour~~ / Pail / ~~Katz~~
Harley Davidson

**Creditor(s):**

**Nature of Proceeding:**   Continued Hearing on Debtors; Objection to Claim of Harley-Davidson Credit Corp.

**Additional Pleadings:**  #81 Certificate of Service; #84 Response by Harley-Davidson Credit Corp.

**Judge's Notes:**   Debtor's counsel withdrew objection and the creditor has filed an amended POC.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

__✓__Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:      Movant(s) brief due____days
                Respondent(s) brief due____days
                Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
1/18/18 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA
