# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** STEPHEN A. SOLTESZ-HAUGHTON & JOANNA M. DEANGELIS-HAUGHTON
**Case Number:** 16-24227-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 08, 2018 09:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/9/18 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#16 - Continued Confirmation of Plan Dated 12/12/2016 (NFC)
**R / M #:** 16 / 0

### Appearances:

**Debtor:** DNA – ILLNESS
**Trustee:** Winnecour / Pail / Katz / SJKJRJCA
**Creditor:** WARMBRODT – HARLEY DAVIDSON

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __3/15/18__ at __3:00 PM__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: