IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
Stephen A. Soltesz-Haughton  
Joanna M. DeAngelis-Haughton  
    Debtor(s)

Stephen A. Soltesz-Haughton  
Joanna M. DeAngelis-Haughton  
    Movant(s)

v.

Ronda J. Winnecour, Trustee  
    Respondent

Bankruptcy No. 16-24227-CMB

Chapter 13

Related to Doc. No.: 110

### ORDER OF COURT

AND NOW, this __9th__ day of __March__, 20__18__, upon consideration of the Expedited Motion To Approve Post-Petition Vehicle Financing with the Consent of the Chapter 13 Trustee of the Debtors, Stephen A. Soltesz-Haughton and Joanna M. DeAngelis-Haughton, it hereby ORDERED that the Debtors' request for approval of post-petition purchase and financing for the purpose of securing an automobile is APPROVED subject to the following terms:

a. Loan amount not to exceed $16,644.46;

b. Loan term not to exceed 60 months;

c. Monthly payment not in excess of $449.95;

d. Interest rate not in excess of 22.90%;

e. Debtors shall file an amended Chapter 13 plan within 15 days after finalizing the negotiations setting forth the finalized terms;

f. Treatment of other creditors shall not be changed as a result of the financing; and

g. The relief granted by this order shall survive the conversion of this bankruptcy case to another Chapter.

BY THE COURT:

_/s/ Carlota M. Böhm_

FILED  
3/9/18 12:51 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

Imaged Certificate of Notice    Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 16-24227-CMB
Stephen A. Soltesz-Haughton                                                Chapter 13
Joanna M. DeAngelis-Haughton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: kthe              Page 1 of 1              Date Rcvd: Mar 09, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
db/jdb         +Stephen A. Soltesz-Haughton,    Joanna M. DeAngelis-Haughton,    120 Long Bridge Rd,
                Ligonier, PA 15658-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor   Wells Fargo Bank, NA pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor   Wells Fargo Bank, NA pawb@fedphe.com
              Mark G. Moynihan    on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7