UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

**Debtor:** STEPHEN A. SOLTESZ-HAUGHTON & JOANNA M. DEANGELIS-HAUGHTON
**Case Number:** 16-24227-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 15, 2018 03:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/20/18 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#16 - Continued Confirmation of Plan Dated 12/12/2016 (NFC)
R / M #:   16 / 0

*Appearances:*  Seabrooke
   Debtor:
   Trustee: Winnecour / Pail / Katz
   Creditor: Hathawk

*Proceedings:*
   Outcome:  Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __5-10-18__ at __2—__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/7/2018    8:32:42AM