# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | STEPHEN A. SOLTESZ-HAUGHTON & JOANNA M. DEANGELIS-HAUGHTON |
| **Case Number:** | 16-24227-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 10, 2018 02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/18/18 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#16 - Continued Confirmation of Plan Dated 12/12/2016 (NFC)
R / M #:  16 / 0

### *Appearances:*

Debtor: Papadakos
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____✓_ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to July 12 2018 at 2:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/3/2018    3:59:12PM