UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    **Debtor:** STEPHEN A. SOLTESZ-HAUGHTON & JOANNA M. DEANGELIS-HAUGHTON
    **Case Number:** 16-24227-CMB    **Chapter:** 13
    **Date / Time / Room:** THURSDAY, JULY 12, 2018 02:00 PM   3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/13/18 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

    #16 - Continued Confirmation of Plan Dated 12/12/2016 (NFC)
    R / M #: 16 / 0

*Appearances:*

    Debtor: Papadoros
    Trustee: Winnecour / Pail / (Katz) / DeSimone
    Creditor:

*[handwritten: Amended to reflect Loan mod filed 7/11/18]*

*Proceedings:*

    Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9/13/18 at 9:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[handwritten: Counsel needs to address fact that there has been no payments since 4/3/18]*

7/5/2018    9:28:55AM