# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** STEPHEN A. SOLTESZ-HAUGHTON & JOANNA M. DEANGELIS-HAUGHTON
**Case Number:** 16-24227-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 13, 2018 09:30 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
9/14/18 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#115 Amended Plan Dated 7/11/2018  (NFC)
R / M #:  115 / 0

### Appearances:

*Moynihan*

Debtor:
Trustee:  Winnecour / (Pail) / Katz / DeSimone

Creditor:

*Warmbrodt – Harley D.*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. _X_ Plan/Motion continued to *11/15/18* at *11:00*.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/7/2018    8:40:00AM