## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** STEPHEN A. SOLTESZ-HAUGHTON & JOANNA M. DEANGELIS-HAUGHTON
**Case Number:** 16-24227-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 15, 2018 11:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
11/16/18 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#115 - Continued Confirmation of Plan Dated 7/11/2018 (NFC)
R / M #: 115 / 0

### *Appearances:*

**Debtor:** Moynihan
**Trustee:** Winnecour / Pail / Katz / (DeSimone)
**Creditor:** Warmbradt : Harley Davidson

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/31/19 at 11:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Continue to resolve payment issues
Dismiss if no payments.