## PROCEEDING MEMO

**Date:** 03/13/2019 11:00 am

In re: Stephen A. Soltesz-Haughton
Joanna M. DeAngelis-Haughton

Bankruptcy No. 16-24227-CMB
Chapter: 13
Doc. # 130

**Appearances:**

**Movant(s):** Jodi L. Hause

**Respondents:** Mark G. Moynihan; Winnecour/ Pail/ Katz/ DeSimone

**Creditor(s):**

**Nature of Proceeding:** #130 EXPEDITED Motion of Wells Fargo Bank, N.A. To Vacate Order of Court Authorizing Loan Modification

**Additional Pleadings:** #97 Application for Approval of Loan Modification; #106 Default Order Granting Motion To Approve Loan Modification; #132 Certificate of Service; #133 Response by Debtors; #134 Exhibit 1 of Debtor's Response; #148 Status Report

**Judge's Notes:**

**Outcome:**

Hause: resolution in principle. Client agreed to implement loan mod. Moynihan: amended plan to be filed, conciliation is upcoming, matter should be resolved at that point. Conciliation is May 23, 2019 at 1

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered    Continued to June 5, 2019 at 10AM
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                Respondent(s) brief due _____ days
                Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
3/13/19 5:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                              Case No. 16-24227-CMB
Stephen A. Soltesz-Haughton                                                                         Chapter 13
Joanna M. DeAngelis-Haughton
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr               Page 1 of 1              Date Rcvd: Mar 14, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db/jdb         +Stephen A. Soltesz-Haughton,    Joanna M. DeAngelis-Haughton,    120 Long Bridge Rd,
                Ligonier, PA 15658-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, NA jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Mark G. Moynihan    on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9