IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Debtor(s) | Bankruptcy No. 16-24227-CMB<br><br>Chapter 13 |
| Moynihan Law, P.C.<br>    Movant(s) | Related to Document No.: 164, 165 |
| v. | Hearing Date: May 8, 2019 at 10:00AM |
| Ronda J. Winnecour, Trustee<br>    Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION FOR PROFESSIONAL FEES IN CHAPTER 13
ON BEHALF OF MOYNIHAN LAW, P.C.**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on **March 14, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **March 31, 2019.**

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

                                                      MOYNIHAN LAW, P.C.

Dated: April 2, 2019                                  /s/ Mark G. Moynihan
                                                      Mark G. Moynihan, Esquire
                                                      Attorney for Debtor(s)
                                                      PA 307622
                                                      2 Chatham Center, Suite 230
                                                      Pittsburgh, PA 15219
                                                      Phone: (412) 889-8535
                                                      Fax: (800) 997-8192
                                                      Email: mark@moynihanlaw.net