IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Debtor(s) | Bankruptcy No. 16-24227-CMB<br><br>Chapter 13<br><br>Related to Document No.: 169, 171 |
| Stephen A. Soltesz-Haughton<br>    Movant(s)<br><br>    v.<br><br>Surefire Wireline LLC<br>Ronda J. Winnecour<br>    Respondent(s) | Hearing Date: May 8, 2019 at 10:00AM |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO TERMINATE WAGE ATTACHMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **March 25, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order & Notice Setting Date Certain for Response and Hearing on Motion, objections to the Motion were to be filed and served no later than **April 24, 2019.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                          MOYNIHAN LAW, P.C.

Dated: April 25, 2019                        /s/ Mark G. Moynihan
                                          Mark G. Moynihan, Esquire
                                          Attorney for Debtor(s)
                                          PA 307622
                                          2 Chatham Center, Suite 230
                                          Pittsburgh, PA 15219
                                          Phone: (412) 889-8535
                                          Fax: (800) 997-8192
                                          Email: mark@moynihanlaw.net