IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-24227-CMB |
| Stephen A. Soltesz-Haughton | |
| Joanna M. DeAngelis-Haughton | Chapter 13 |
| Debtor(s) | |
| | Related to Document No.: 170, 171 |
| Stephen A. Soltesz-Haughton | |
| Movant(s) | Hearing Date: May 8, 2019 at 10:00AM |
| | |
| v. | |
| | |
| Butch's Rat Hole and Anchor Service LS | |
| Ronda J. Winnecour | |
| Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO TERMINATE WAGE ATTACHMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **March 25, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order & Notice Setting Date Certain for Response and Hearing on Motion, objections to the Motion were to be filed and served no later than **April 24, 2019.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

MOYNIHAN LAW, P.C.

Dated: April 25, 2019

/s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net