IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Debtor(s) | Bankruptcy No. 16-24227-CMB<br><br>Chapter 13<br><br>Document No. 170 |
| Stephen A. Soltesz-Haughton<br>    Movant(s)<br><br>v.<br><br>Butch's Rat Hole and Anchor Service LS<br>Ronda J. Winnecour<br>    Respondent(s) | **ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this __26th__ day of __April__, 20__19__, upon consideration of the Debtor's Motion to Terminate Wage Attachment, it is hereby ORDERED, ADJUDGED and DECREED that the Debtor's wage attachment with Butch's Rat Hole and Anchor Service LS by order of this Court dated September 13, 2018 (Document No. 121) is TERMINATED.

BY THE COURT:

_____Carlota M. Böhm_____ J.
Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

FILED
4/26/19 10:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stephen A. Soltesz-Haughton  
Joanna M. DeAngelis-Haughton  
    Debtors

Case No. 16-24227-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Apr 26, 2019  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.  
db/jdb      +Stephen A. Soltesz-Haughton,    Joanna M. DeAngelis-Haughton,    120 Long Bridge Rd,    Ligonier, PA 15658-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
         Jeremy J. Kobeski    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com  
         Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com  
         Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, NA jodi.hause@phelanhallinan.com, pawb@fedphe.com  
         Joseph A. Dessoye    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com  
         Mark G. Moynihan    on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Mark G. Moynihan    on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                           TOTAL: 10