IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Stephen A. Soltesz-Haughton | : Case No. 16-24227-CMB |
| Joanna M. DeAngelis-Haughton, | : |
| Debtors | : Chapter 13 |
| | : |
| Wells Fargo Bank, N.A. | : Related to: Document No. 130 |
| | : |
| Movant | : |
| v. | : |
| | : |
| Stephen A. Soltesz-Haughton | : |
| Joanna M. DeAngelis-Haughton and | : |
| Ronda J. Winnecour, Chapter 13 Trustee, | : |
| | : |
| Respondents | : |

## CONSENT ORDER OF COURT RESOLVING THE EXPEDITED MOTION OF WELLS FARGO BANK, N.A. TO VACATE ORDER OF COURT AUTHORIZING LOAN MODIFICTION

AND NOW, this 29th day of May, 2019, upon consideration of the Expedited Motion to Vacate Order of Court Authorizing Loan Modification (the "Motion to Vacate"), filed by Wells Fargo Bank, N.A. ("Movant") on January 4, 2019, 2019 [Dkt. No. 130], the Debtors' response thereto [Dkt. No. 133], after hearings held on January 10, 2019 and March 13, 2019, and with the consent of the parties, it is hereby ORDERED that:

1. The Motion to Vacate is denied as moot.
2. The continued hearing scheduled for June 5, 2019 at 10:00 a.m. is cancelled.

_____
CARLOTA M. BOHM
U.S. BANKRUPTCY CHIEF JUDGE

Consented to by:

/s/ Jodi L. Hause
Jodi L. Hause, Esquire
*Attorney for Movant*

/s/ _____
Mark G. Moynihan, Esquire
*Attorney for Debtors*

FILED
5/29/19 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stephen A. Soltesz-Haughton  
Joanna M. DeAngelis-Haughton  
    Debtors

Case No. 16-24227-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr        Page 1 of 1        Date Rcvd: May 29, 2019  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.  
db/jdb    +Stephen A. Soltesz-Haughton,   Joanna M. DeAngelis-Haughton,   120 Long Bridge Rd,  
          Ligonier, PA 15658-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:

        James Warmbrodt   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
        Jeremy J. Kobeski   on behalf of Creditor   Wells Fargo Bank, NA pawb@fedphe.com  
        Jerome B. Blank   on behalf of Creditor   Wells Fargo Bank, NA pawb@fedphe.com  
        Jodi L. Hause   on behalf of Creditor   Wells Fargo Bank, NA jodi.hause@phelanhallinan.com, pawb@fedphe.com  
        Joseph A. Dessoye   on behalf of Creditor   Wells Fargo Bank, NA pawb@fedphe.com  
        Mark G. Moynihan   on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
        Mark G. Moynihan   on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        William E. Craig   on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                                     TOTAL: 10