**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/14/2019

IN RE:

STEPHEN A. SOLTESZ-HAUGHTON
JOANNA M. DEANGELIS-HAUGHTON
120 LONG BRIDGE RD
LIGONIER, PA 15658
XXX-XX-0805        Debtor(s)

XXX-XX-9358

Case No.16-24227 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/14/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:1    INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  LOWES/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.:  5855/PRAE |
| **JOSEPH A. DESSOYE ESQ** <br> PHELAN ET AL <br> OMNI WILLIAM PENN OFFICE TOWER <br> 555 GRANT ST STE 300 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:2    INT %:  0.00% <br> Court Claim Number: <br><br><br> CLAIM:  0.00 <br> COMMENT:  WELLS FARGO BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **JAMES C WARMBRODT ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:3    INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  HARLEY DAVIDSON/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **HARLEY DAVIDSON CREDIT CORP*** <br> BOX 15129 <br><br> PALATINE, IL  60055-5129 | Trustee Claim Number:4    INT %:  3.50% <br> Court Claim Number:3-2 <br><br> CLAIM:  1,222.43 <br> COMMENT:  $CL3GOV@3.5%MDF/CONF*11599.96/PL@3.5%MDF*DK*AMD C=12905.31*SURR/P | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  8617 |
| **WELLS FARGO BANK NA** <br> ATTN PAYMENT PROCESSING MAC# F2302 04C <br> ONE HOME CAMPUS <br><br> DES MOINES, IA  50328 | Trustee Claim Number:5    INT %:  0.00% <br> Court Claim Number:5 <br><br> CLAIM:  0.00 <br> COMMENT:  LN MOD @ 35*679.68/PL*940.11/CL*BGN 12/16 | CRED DESC:  MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.:  2879 |
| **BERNSTEIN-BURKLEY PC** <br> 2200 GULF TOWER <br> 707 GRANT ST <br><br> PITTSBURGH, PA  15219 | Trustee Claim Number:6    INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **WELLS FARGO BANK** <br> 1000 BLUE GENTIAN RD <br><br> EAGAN, MN  55121 | Trustee Claim Number:7    INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br><br> HARRISBURG, PA  17128 | Trustee Claim Number:8    INT %:  0.00% <br> Court Claim Number:2 <br><br> CLAIM:  315.92 <br> COMMENT:  NT PROV/PL*DKT*PAID BY CONSENT | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  0805 |
| **AWA COLLECTIONS** <br> POB 6605 <br><br> ORANGE, CA  92863-6605 | Trustee Claim Number:9    INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  9904 |
| **BERKS CREDIT & COLLECTIONS INC*++** <br> PO BOX 329 <br><br> TEMPLE, PA  19560 | Trustee Claim Number:10    INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1312 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **BERKS CREDIT & COLLECTIONS INC*++**<br>PO BOX 329<br>TEMPLE, PA 19560 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8466 |
| **BERKS CREDIT & COLLECTIONS INC*++**<br>PO BOX 329<br>TEMPLE, PA 19560 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1257 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 362.33<br>COMMENT: X1155/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9139 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4671 |
| **CITIZENS BANK***<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1851 |
| **CITIZENS BANK***<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLECTION SERVICE CENTER INC**<br>363 VANADIUM RD STE 109<br>PO BOX 13446<br>PITTSBURGH, PA 15243-0446 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: GUD |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8901 |
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION**<br>1830 EAST PARIS SE MS#RSCB3E<br>GRAND RAPIDS, MI 49546 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 6,925.80<br>COMMENT: X7679~REPOED AUTO/SCH*DEFICIENCY CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3282 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6124 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6558 |
| **SMITH PROPANE AND OIL**<br>138 PANDORA RD<br>LOYALHANNA, PA  15661 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SOUTHERN CREDIT**<br>3228 6TH ST 201<br>METARIE, LA  70002 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0359 |
| **SOUTHERN CREDIT**<br>3228 6TH ST 201<br>METARIE, LA  70002 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0360 |
| **SOUTHERN CREDIT**<br>3228 6TH ST 201<br>METARIE, LA  70002 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0362 |
| **STELLAR RECOVERY++**<br>1327 US HIGHWAY 2 WEST<br>KALISPELL, MT  59901 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2155 |
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  0.00<br>COMMENT:  DSLLWD/OE*263.13CL*605131306*X0089/SCH*4912/CL*W/34*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1306 |
| **DEBORAH CORNA**<br>1554 DARLINGTON RD<br>LIGONIER, PA  15658-3521 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  15.30<br>COMMENT:  NO GEN UNS/SCH*14-15 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0805 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  0.00<br>COMMENT:  LN MOD @ 35*12361.78CL*$0ARRS/PL*THRU 11/16 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2879 |

CLAIM RECORDS

| WELLS FARGO BANK NA | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
|---|---|---|
| ATTN PAYMENT PROCESSING MAC# F2302 04C | Court Claim Number:5 | ACCOUNT NO.: 2879 |
| ONE HOME CAMPUS | CLAIM: 4,139.05 | |
| DES MOINES, IA  50328 | COMMENT: LN MOD @ CID 35*DKT | |

| EMPLOYMENTS RIGHTS GROUP | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 100 FIRST AVE STE 650 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15222 | COMMENT: /AMD G | |

| WILLIAM AND CONNOLLY LLP | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 725 TWELFTH ST NW | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| WASHINGTON, DC  20005 | COMMENT: /AMD G | |

| WELLS FARGO FINANCIAL NATIONAL BANK | Trustee Claim Number:34  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O WELLS FARGO BANK NA | Court Claim Number:6 | ACCOUNT NO.: 1306 |
| PO BOX 14487 | CLAIM: 0.00 | |
| DES MOINES, IA  50309 | COMMENT: DSLLWD/OE*4518.79 CL*NO SEC/SCH*NT PROV/PL*WNTS 0%*W/27*DK | |

| WELLS FARGO BANK NA | Trustee Claim Number:35  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
|---|---|---|
| ATTN PAYMENT PROCESSING MAC# F2302 04C | Court Claim Number:05 | ACCOUNT NO.: 2879 |
| ONE HOME CAMPUS | CLAIM: 0.00 | |
| DES MOINES, IA  50328 | COMMENT: PMT/LN MOD*BGN 1/18*824.76X47MOS REM+2=LMT*DK*RESUME 7/19 | |

| CREDIT ACCEPTANCE CORP* | Trustee Claim Number:36  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
|---|---|---|
| ATTN: BANKRUPTCY DEPT* | Court Claim Number:7 | ACCOUNT NO.: 5475 |
| 25505 W 12 MILE RD STE 3000* | CLAIM: 0.00 | |
| SOUTHFIELD, MI  48034-8339 | COMMENT: NT/SCH-PL*BG 4-18*ARRS INCL IN POST | |

| WILLIAM CRAIG ESQ | Trustee Claim Number:37  INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| MORTON AND CRAIG | Court Claim Number: | ACCOUNT NO.: |
| 110 MARTER AVE STE 301 | CLAIM: 0.00 | |
| MOORESTOWN, NJ  08057 | COMMENT: CREDIT ACCEPT/PRAE | |