Certificate Number: 17572-PAW-DE-033047543

Bankruptcy Case Number: 16-24227



17572-PAW-DE-033047543

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 1, 2019</u>, at <u>11:36</u> o'clock <u>AM PDT</u>, <u>Stephen A Soltesz-Haughton</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>July 1, 2019</u>         By:   <u>/s/Judy Alexander</u>

Name:   <u>Judy Alexander</u>

Title:   <u>Counselor</u>