Certificate Number: 17572-PAW-DE-033047545

Bankruptcy Case Number: 16-24227



17572-PAW-DE-033047545

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2019, at 11:36 o'clock AM PDT, Joanna M DeAngelis-Haughton completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 1, 2019              By:   /s/Judy Alexander

                                  Name:  Judy Alexander

                                  Title:  Counselor