IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Debtor(s) | Bankruptcy No. 16-24227-CMB<br><br>Chapter 13<br><br>Document No. |
| Stephen A. Soltesz-Haughton<br>Joanna M. DeAngelis-Haughton<br>    Movant(s) | |
|     v. | |
| Ronda J. Winnecour, Trustee<br>    Respondent(s) | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On **July 1, 2019** at docket numbers **198 and 199**, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel after having duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                                  Respectfully submitted,

Date: July 2, 2019                  By:    /s/ Mark G. Moynihan
                                                  Mark G. Moynihan, Esquire
                                                  Attorney for Debtor(s)
                                                  PA 307622
                                                  2 Chatham Center, Suite 230
                                                  Pittsburgh, PA 15219
                                                  Phone: (412) 889-8535
                                                  Fax: (800) 997-8192
                                                  Email: mark@moynihanlaw.net

**PAWB Local Form 24 (07/13)**