**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Stephen A. Soltesz–Haughton**
aka Stephen Alex Soltesz–Haughton, aka Stephen Haughton, aka Stephen Soltesz
**Joanna M. DeAngelis–Haughton**
aka Joanna Marie DeAngelis–Haughton, aka Joanna Marie DeAngelis
   Debtor(s)

Bankruptcy Case No.: 16–24227–CMB

Chapter: 13
Docket No.: 204 – 203

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 25th of September, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/12/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/20/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/12/19.**

                                                     Carlota M. Bohm
                                                     United States Bankruptcy Judge

cm: **All Parties**

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                              Case No. 16-24227-CMB
Stephen A. Soltesz-Haughton                                         Chapter 13
Joanna M. DeAngelis-Haughton
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: gamr                   Page 1 of 2                   Date Rcvd: Sep 25, 2019
                               Form ID: 408                 Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db/jdb         +Stephen A. Soltesz-Haughton,    Joanna M. DeAngelis-Haughton,    120 Long Bridge Rd,
                 Ligonier, PA 15658-3522
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr              Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
14335808       +AWA Collections,    PO Box 6605,    Orange, CA 92863-6605
14335810       +CBCS Inc,   1225 N Main St,    North Canton, OH 44720-1959
14335812       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,     250 Mt Lebanon Blvd Ste 420,
                 West Mifflin, PA 15122)
14321317       +Capital One Bank,    PO Box 3115,    Milwaukee, WI 53201-3115
14335811       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14933200       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14383927       +Employment Rights Group,    100 First Avenue, Suite 650,    Pittsburgh, PA 15222-1514
14335815       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,     5050 Kingsley Dr, MD# 1MOC2N,
                 Cincinnati, OH 45263)
14340737       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14337317       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14335816       +I.C. Systems, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
14399295       +John R. Kardos, Jr., Esquire,    710 Fifth Avenue, Suite 2400,    Pittsburgh, PA 15219-3000
14321321       +Smith Propane & Oil,    138 Pandora Road,    Loyalhanna, PA 15661-9701
14335835       +Southern Credit Adjusters Inc.,    2420 Professional Dr #A,    Rocky Mount, NC 27804-2253
14335836       +Stellar Recovery,    PO Box 57370,    Jacksonville, FL 32241-7370
14321322       +Wells Fargo,    CSCL Dispute Team,    MAC N8235-04M,    PO Box 1,    Des Moines, IA 50306-0001
14389657        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines,    IA    50306-0438
14351814        Wells Fargo Bank, N.A.,    Default Document Processing,    Mac# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
14335906       +Wells Fargo Financial National Bank,    MAC 4031-080,    800 Walnut St,
                 Des Moines, IA 50309-3605
14321323       +Wells Fargo Financial National Bank,    MAC# N8235-040,    7000 Vista Drive,
                 West Des Moines, IA 50266-9310
14335924        Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
14321324       +Wells Fargo National Bank,    800 Walnut St,    Des Moines, IA 50309-3891
14383924       +Williams & Connolly LLP,    725 Twelfth Street, N.W.,    Washington, DC 20005-5901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14335809       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 26 2019 03:28:25
                 Berks Credit & Collections,    900 Corporate Dr,    Reading, PA 19605-3340
14321314       +E-mail/Text: kburkley@bernsteinlaw.com Sep 26 2019 03:28:12         Bernstein-Burkley, P.C.,
                 Suite 2200 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219-1908
14321316       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2019 03:34:32         Capital One,
                 P.O. Box 30253,    Salt Lake City, UT 84130-0253
14321315        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2019 03:33:39         Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14332081        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2019 03:34:31
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14321318       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2019 03:35:32
                 Capital One Bank (USA), N.A.,    4851 Cox Road,    Glen Allen, VA 23060-6293
14321319       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2019 03:33:39
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
14335813       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 26 2019 03:27:51
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14321320       +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 26 2019 03:28:02         Harley-Davidson Credit Corp.,
                 3850 Arrowhead Drive,    Carson City, NV 89706-2016
14325622       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:35:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14334707        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2019 03:27:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Wells Fargo Bank, NA
```

```
District/off: 0315-2           User: gamr              Page 2 of 2                  Date Rcvd: Sep 25, 2019
                               Form ID: 408            Total Noticed: 37

cr*             +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14747315*       +Harley-Davidson Credit Corp.,   PO Box 9013,    Addison, Texas 75001-9013
14335814        ##Deborah Corna,   1554 Darlington Rd,   Ligonier, PA 15658-3521
                                                                                     TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Harley-Davidison Credit Corp bkgroup@kmllawgroup.com
              Jeremy J. Kobeski     on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, NA jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Joseph A. Dessoye     on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Mark G. Moynihan     on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan     on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```