# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
STEPHEN A. SOLTESZ-HAUGHTON
JOANNA M. DEANGELIS-HAUGHTON
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-24227

Chapter 13

Related to: Document No. 203

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this __13th__ day of __November__, 20__19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
11/13/19 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 16-24227-CMB
Stephen A. Soltesz-Haughton
Joanna M. DeAngelis-Haughton                                        Chapter 13
      Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0315-2         User: mgut              Page 1 of 2              Date Rcvd: Nov 13, 2019
                             Form ID: pdf900         Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db/jdb         +Stephen A. Soltesz-Haughton,    Joanna M. DeAngelis-Haughton,    120 Long Bridge Rd,
                 Ligonier, PA 15658-3522
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr              Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
14335808        AWA Collections,    PO Box 6605,    Orange, CA 92863-6605
14335810       +CBCS Inc,    1225 N Main St,    North Canton, OH 44720-1959
14335812      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court:  Collection Service Center,    250 Mt Lebanon Blvd Ste 420,
                 West Mifflin, PA 15122)
14321317       +Capital One Bank,    PO Box 3115,    Milwaukee, WI 53201-3115
14335811       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14933200       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14383927       +Employment Rights Group,    100 First Avenue, Suite 650,    Pittsburgh, PA 15222-1514
14335815      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court:  Fifth Third Bank,    5050 Kingsley Dr, MD# 1MOC2N,
                 Cincinnati, OH 45263)
14340737       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14337317       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14335816       +I.C. Systems, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
14399295       +John R. Kardos, Jr., Esquire,    710 Fifth Avenue, Suite 2400,    Pittsburgh, PA 15219-3000
14321321       +Smith Propane & Oil,    138 Pandora Road,    Loyalhanna, PA 15661-9701
14335835       +Southern Credit Adjusters Inc.,    2420 Professional Dr #A,    Rocky Mount, NC 27804-2253
14335836       +Stellar Recovery,    PO Box 57370,    Jacksonville, FL 32241-7370
14321322       +Wells Fargo,    CSCL Dispute Team,    MAC N8235-04M,    PO Box 1,    Des Moines, IA 50306-0001
14389657        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines,   IA    50306-0438
14351814        Wells Fargo Bank, N.A.,    Default Document Processing,    Mac# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
14321323       +Wells Fargo Financial National Bank,    MAC# N8235-040,    7000 Vista Drive,
                 West Des Moines, IA 50266-9310
14335906       +Wells Fargo Financial National Bank,    MAC 4031-080,    800 Walnut St,
                 Des Moines, IA 50309-3605
14335924        Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
14321324       +Wells Fargo National Bank,    800 Walnut St,    Des Moines, IA 50309-3891
14383924       +Williams & Connolly LLP,    725 Twelfth Street, N.W.,    Washington, DC 20005-5901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14335809       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 14 2019 04:34:53
                 Berks Credit & Collections,    900 Corporate Dr,    Reading, PA 19605-3340
14321314       +E-mail/Text: kburkley@bernsteinlaw.com Nov 14 2019 04:34:29       Bernstein-Burkley, P.C.,
                 Suite 2200 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219-1908
14321316       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 04:38:06      Capital One,
                 P.O. Box 30253,    Salt Lake City, UT 84130-0253
14321315        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 04:36:50      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14332081        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 04:35:41
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14321318       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 04:35:41
                 Capital One Bank (USA), N.A.,    4851 Cox Road,    Glen Allen, VA 23060-6293
14321319       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 04:38:06
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
14335813       +E-mail/Text: bdsupport@creditmanagementcompany.com Nov 14 2019 04:33:56
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14321320       +E-mail/Text: bankruptcy.notices@hdfsi.com Nov 14 2019 04:34:09       Harley-Davidson Credit Corp.,
                 3850 Arrowhead Drive,    Carson City, NV 89706-2016
14325622       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 04:38:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14334707        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 04:33:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Wells Fargo Bank, NA
```

```
District/off: 0315-2          User: mgut                Page 2 of 2              Date Rcvd: Nov 13, 2019
                              Form ID: pdf900           Total Noticed: 37

cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14747315*    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14335814    ##Deborah Corna,   1554 Darlington Rd,    Ligonier, PA 15658-3521
                                                                                TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:

```
          James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Jeremy J. Kobeski    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
          Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, NA jodi.hause@phelanhallinan.com,
           pawb@fedphe.com
          Joseph A. Dessoye    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
          Mark G. Moynihan    on behalf of Debtor Stephen A. Soltesz-Haughton mark@moynihanlaw.net,
           moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
          Mark G. Moynihan    on behalf of Joint Debtor Joanna M. DeAngelis-Haughton mark@moynihanlaw.net,
           moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```